# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**MORGAN JOHNSON,** *et al.*                                                      **PLAINTIFFS**

**v.**                              **CASE NO. 2:20-CV-00165-BSM**

**GARRISON PROPERTY AND**
**CASUALTY INSURANCE COMPANY**                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE